January 21, 2011

Ms. Nancy Bolin Broaddus
Smith & Smith
710 N. Post Oak Road, Suite 209
Houston, TX 77024
Mr. Peter M. Kelly
Kelly Durham & Pittard LLP
1005 Heights Boulevard
Houston, TX 77008

RE: Case Number: 08-0248
 Court of Appeals Number: 14-05-00828-CV&14-06-00197-CV
 Trial Court Number: 2004-64492

Style: CARMELITA P. ESCALANTE, M.D., E. EDMUND KIM, M.D., EDGARDO
 RIVERA, M.D., AND FRANKLIN C. WONG, M.D.
 v.
 DONITA ROWAN AND JAMES NIESE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Theresa |
| |Chang |
| |Mr. Ed Wells |